UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

            **Plaintiff,**

vs.

**CARLOS SOLER-NORONA,**

            **Defendant.**
_____/

CASE NO. 08-20669-04

HON. ROBERT H. CLELAND

DAVID R. CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
_____/

### ORDER ALLOWING DAVID CRIPPS INTO THE OAKLAND COUNTY JAIL WITH LAPTOP COMPUTER

At a session of said Court, held in
United States District Court
on November 12, 2009

PRESENT: HON.   Robert H. Cleland
United States District Court Judge

This matter having come before the Court pursuant to counsel's request to enter into the Oakland County Jail with a laptop computer to review discovery formatted on compact disks, the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that David R. Cripps be admitted to the Oakland County Jail, with a laptop computer for the purpose of reviewing discovery with the defendant, Mr. Carlos Soler-Norona, inmate #00357958.

  S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 12, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522