UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**CARLOS SOLER-NORONA,**

    **Defendant.**
_____/

CASE NO. 08-20669-04

HON. ROBERT H. CLELAND

DAVID R. CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
_____/

## ORDER ALLOWING DAVID CRIPPS INTO THE WAYNE COUNTY JAIL WITH LAPTOP COMPUTER

This matter having come before the Court pursuant to counsel's request to enter into the Wayne County Jail with a laptop computer to review discovery formatted on compact disks, the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that David R. Cripps be admitted to the Wayne County Jail, with a laptop computer in a conference room with an electrical outlet for the purpose of reviewing discovery with the defendant, Mr. Carlos Soler-Norona, inmate #0033232.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  November 17, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522