UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Criminal Case No.  08-cr-20669-4
                                        Civil Case No.     13-cv-14343

CARLOS SOLER NORONA,

        Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a motion to vacate, set aside, or correct sentence under 28 § USC 2255 on October 15, 2013.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to vacate, ..." by **December 12, 2013**. The reply, if any, is to be filed by **January 13, 2014.**

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, October 31, 2013, by electronic and/or ordinary mail.

                                                        S/Lisa Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522