**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      Criminal No. 08-20669-4
                                       Civil No. 13-14343

CARLOS A. SOLER-NORONA,

     Defendant.

_____/

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On July 23, 2014, the court entered an order denying Defendant Carlos A. Soler-
Norona's *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255.  Inasmuch as
the issues in controversy have been resolved, the instant matter is deemed closed.
Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.


                         s/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  July 23, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, July 23, 2014, by electronic and/or ordinary mail.

                         s/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522